**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-7646

---

ANITA G. GALLAGHER,

Petitioner - Appellant,

versus

RONALD ANGELONE,

Respondent - Appellee.

---

No. 98-7647

---

PAUL B. GALLAGHER,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

LAURENCE M. HECHT,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-98-195-R, CA-98-44-R, CA-98-43-R)

Submitted:  June 30, 1999          Decided:  September 21, 1999

Before WIDENER and NIEMEYER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Donald Robert Lee, Jr., MACAULAY, LEE & POWELL, Richmond, Virginia; Gerald Thomas Zerkin, GERALD T. ZERKIN & ASSOCIATES, Richmond, Virginia, for Appellants.  John H. McLees, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Anita G. Gallagher, Paul B. Gallagher, and Laurence M. Hecht appeal the district court's orders denying relief on their petitions filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the voluminous record, including the state habeas corpus petitions and accompanying exhibits and the district court's orders, and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. See Gallagher v. Angelone, No. CA-98-195-R (W.D. Va. Oct. 7, 1998); Gallagher v. Angelone, No. CA-98-44-R (W.D. Va. Oct. 7, 1998); Hecht v. Angelone, No. CA-98-43-R (W.D. Va. Oct. 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3